# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD A. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1627 JMB |
| | ) | |
| ST. LOUIS PSYCHIATRIC | ) | |
| REHABILITATION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. After considering the financial information provided, the Court finds that the plaintiff is unable to pay any portion of the filing fee.

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. In the instant case, plaintiff is a patient at the St. Louis Psychiatric Rehabilitation Center. He alleges that the CEO of the institution has embezzled $21,600 and has split the money with the Ku Klux Klan. Plaintiff's allegations, even if true, do not state a constitutional claim cognizable under 42 U.S.C. § 1983..

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **granted**.

An order of dismissal will be filed separately.

Dated this 21st day of October, 2016.

                                              CAROL E. JACKSON
                                              UNITED STATES DISTRICT JUDGE